TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

EDNIN MARTINEZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Ednin.Martinez@usdoj.gov

*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| Freddy Caal Huehue,<br><br>            Petitioner<br><br>v.<br><br>John Mattos, *et al*.<br><br>            Respondents | Case No. 2:26-cv-01442-CDS-EJY<br><br>**Joint Stipulation for Dismissal without Prejudice** |

On June 3, 2026, the Immigration Judge granted bond for Petitioner Freddy Caal Huehue ("Petitioner") in the amount of $1,500.00. *See* Order of the Immigration Judge, attached as **Exhibit A**. Petitioner posted bond and was subsequently released on his own recognizance. *See* I-830, attached as **Exhibit B**. Accordingly, Petitioner and Federal Respondents, by and through their respective undersigned counsel, hereby stipulate and agree:

///

///

///

///

///

///

The petition for writ of habeas corpus in this case should be dismissed without prejudice as moot, because Petitioner has been released from ICE custody.

Respectfully submitted this 16th day of June 2026.

| | |
|---|---|
| RENE VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Dawn Penn*<br>DAWN PENN<br>Assistant Federal Public Defender | */s/ Ednin D. Martinez*<br>EDNIN D. MARTINEZ<br>Assistant United States Attorney |
| *Attorneys for Petitioner* | *Attorneys for Federal Respondents* |

Based on the parties' stipulation, this case is dismissed without prejudice. The Clerk of Court is kindly instructed to close this case.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**    June 18, 2026

2